IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MELISSA TAYLOR, et al.,

            Plaintiffs,

v.                                       CIVIL ACTION NO.   2:17-cv-03508

BOB EVANS FARMS, LLC,

            Defendant.

**ORDER**

Pending before the Court is the parties' Joint Motion for Court Approval of Settlement Agreement and Release.   (ECF No. 14.)

A settlement of claims under the Fair Labor Standards Act must be presented to the Court for review and for a determination of whether the settlement is fair and reasonable.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).   To approve the settlement, the Court must find that the litigation involves a bona fide dispute, the proposed settlement is fair and equitable to all parties concerned, and the agreement includes an award of reasonable attorney's fees. *See id.* at 1354; *Harper v. ELK Run Coal Co.*, No 2:11-cv-00305, 2012 WL 1999429, at *3 (S.D. W. Va. June 4, 2012) (citations omitted).

The Court finds that the settlement represents a genuine compromise of a bona fide dispute, that it is both fair and reasonable to the parties, and that it includes an award of reasonable attorney's fees.   Accordingly, the Court **APPROVES** of the settlement agreement and release, (ECF No. 14-1),

and **GRANTS** the joint motion, (ECF No. 14).  The above-styled action is hereby **DISMISSED** with prejudice, and the Court **DIRECTS** the Clerk to remove this matter from the Court's docket.

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

    ENTER:    April 5, 2018

THOMAS E. JOHNSTON, CHIEF JUDGE